# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

William D Knazavich

Case No.: 18-71826

Chapter: 7

Debtor(s)

Judge Mary P. Gorman

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** PACIFIC UNION FINANCIAL, LLC (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Central District of Illinois;

2. On 12/17/18, Debtor(s) filed this case resulting in the imposition of an automatic stay pursuant to 11.U.S.C. §362 of the Bankruptcy Code;

3. Prior to the filing of this case, a foreclosure sale of the real estate commonly known as 118 W Elm St., Mason City, Illinois 62664 (hereinafter "Subject Property") was completed and confirmed (See Attached Order Approving Report of Sale and for Possession);

4. Debtor(s) is/are the former mortgagor(s) of the Subject Property and the Voluntary Petition filed herein indicates that Debtor(s) continue(s) to reside in the Subject Property;

5. Relief from the automatic stay is required in order to proceed with any action to evict or remove Debtor(s) from the Subject Property;

6. Movant is entitled to relief from stay under the following reasons:

    a. Movant is owner of property and wishes to assert its possessory rights;

    b. There is no equity in the Subject Property;

7. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

8. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have not been included in the calculation of any default figures quoted herein including:

    $750.00    for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

    $181.00    for Court filing fee

**WHEREFORE,** PACIFIC UNION FINANCIAL, LLC prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this January 14, 2019.

Respectfully Submitted,

Codilis & Associates, P.C.

By:  /s/ Gloria Tsotsos

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
MaryAnn G. Black #59899MO
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-17-17428)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

| | |
|---|---|
| WILLIAM D KNAZAVICH | Case No. 18-71826 |
| | Chapter 7 |
| DEBTOR(S), | Judge Mary P. Gorman |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that I served a copy of the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 14, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 14, 2019.

James R. Inghram, Interim Trustee, 529 Hampshire Street #409, Quincy, IL 62301 by electronic notice through ECF
William D Knazavich, Debtor(s), 417 South 25th Street, Herrin, IL 62948
Kevin Linder, Attorney for Debtor(s), 1300 S. Eighth Street, Springfield, Il 62703 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

    /s/ Gloria Tsotsos
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-17-17428)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

WILLIAM D KNAZAVICH | Chapter 7

Case No. 18-71826

DEBTOR(S), | Judge Mary P. Gorman

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by PACIFIC UNION FINANCIAL, LLC on January 14, 2019:

1. Note / Mortgage or relevant excerpts.

2. Assignments, if applicable.

3. Order Approving Sale

    /s/ Gloria Tsotsos
Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of all exhibits listed below, were transmitted via electronic filing and provided electronically by the Bankruptcy Court to the Trustee and Debtor's attorney on January 14, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 14, 2019.

James R. Inghram, Interim Trustee, 529 Hampshire Street #409, Quincy, IL 62301 by electronic notice through ECF
William D Knazavich, Debtor(s), 417 South 25th Street, Herrin, IL 62948
Kevin Linder, Attorney for Debtor(s), 1300 S. Eighth Street, Springfield, Il 62703 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ Gloria Tsotsos